EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Manuel J. Zengotita Morales | 2022 TSPR 30<br><br>208 DPR |
|---|---|

Número del Caso:  TS-4,505


Fecha:  18 de marzo de 2022


Oficina de Inspección de Notarías:

Lcdo. Manuel E. Ávila De Jesús
Director




Materia:  Regla 15 - Suspensión preventiva e inmediata del ejercicio de la abogacía y la notaría como medida de protección social según la Regla 15 del Reglamento del Tribunal Supremo, por estar incapacitado para ejercer la profesión legal. La suspensión será efectiva el 18 de marzo de 2022, fecha en que se le notificó al abogado de su suspensión inmediata.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|---|---|---|
| Manuel J. Zengotita Morales | TS-4,505 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de marzo de 2022.

Examinado el *Escrito en Cumplimiento de Orden*, presentado por el Sr. Gerardo Zengotita Padró, se le suspende al Lcdo. Manuel J. Zengotita Morales, preventiva e inmediatamente del ejercicio de la abogacía y la notaría como medida de protección social según la Regla 15 del Reglamento del Tribunal Supremo, 4 LPRA Ap.XXI-B, por estar incapacitado para ejercer la profesión legal.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Colón Pérez no intervino.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina